UNITED STATES

v.

PHILIP LA SAUSSAY

1807

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . *Journal, infra,* \*p. 59
2. Rule to bring in body . . . . . . . . . " 84
3. Appearance; rule to plead . . . . . . . . " 86
4. Postponement . . . . . . . . . . . " 128
5. Discontinuance . . . . . . . . . . . " 151

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . .
2. Declaration and plea . . . . . . . . . . . .